PROB 12A
(6/21)

# United States District Court

### for

### District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Sharaiyah Williams                    Cr.: 19-00683-001
                                                                                                PACTS #: 5983653

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                                             UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/18/2021

Original Offense:    Count 1: Attempt and Conspiracy to Commit Fraud., 18 U.S.C.; Section 1349

Original Sentence: 1 Day imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/18/2021

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                               According to the Clerk's Office, Ms. Williams has made only one partial payment towards restitution. Ms. Williams claims she mailed money orders each month to the Clerk's Office, however, she is unable to provide verification of these alleged payments.

Prob 12A – page 2
Sharaiyah Williams

U.S. Probation Officer Action:

Ms. Williams was admonished for failure to adhere to this condition. She was advised to begin making payments this month and to quickly make up back-payments. She also enrolled herself into the Clerk's Office auto-pay system. We will closely monitor her compliance and advise the Court of any future issues.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Kevin M. Villa*

By:   KEVIN VILLA
        Senior U.S. Probation Officer

/ kv

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2022.01.27 09:38:08 -05'00'

LUIS R. GONZALEZ                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

1/31/2022
Date